CHRISTOPHER CHIOU, NVSBN 14853
Acting United States Attorney
District of Nevada

Chantal Jenkins, PASBN 307531
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN BUCKLEY, | Case No.: 2:20-cv-01724-VCF |
| Plaintiff, | |
| vs. | **MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER; DECLARATIONS OF JEBBY RASPUTNIS AND CHRISTIANNE VOEGELE; [PROPOSED] ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | (*THIRD REQUEST*) |

Defendant, Andrew Saul, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a 45-day extension of time to file an Answer to Plaintiff's Complaint and the electronic Certified Administrative Record (eCAR), changing the date on which the Answer is due from the current due date of March 15, 2021 to April 29, 2021. Defendant understands this case has already been extended and apologizes for the delays. Counsel is closely monitoring the status of the eCAR for this case so that it can be filed with the Court when it is available. Counsel for Defendant contacted Plaintiff via email on March 10, 2021. Plaintiff objects to this request.

Defendant makes this request in good faith and for good cause, because the eCAR, which must be filed with the Answer and is necessary to adjudicate the case, is not yet available. The public health emergency pandemic caused by COVID-19 has significantly impacted operations in the Social Security Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia, which is responsible for producing the eCAR that must be filed with the Answer, per 42 U.S.C. §§ 405(g) and (h). Prior to the COVID-19 pandemic, to safeguard Personally Identifiable Information (PII), all hearing recordings, which are part of the administrative record, were downloaded onto compact discs and encrypted. OAO securely routed the encrypted discs to a private contractor through a daily pickup and delivery service at the Official Duty Station (ODS) in Falls Church, Virginia. The private contractor would transcribe the hearing recording and send the paper copy of the hearing transcript back to OAO. OAO personnel would then scan the hearing transcript into the electronic record or place the hearing transcript in the paper case file. Thereafter, OAO personnel would assemble the administrative record in a prescribed order. After the advent of COVID-19, the Agency has taken a number of concrete steps to transition its years-old in person CAR preparation process to a fully virtual one.

As detailed in the attached declarations from Jebby Rasputnis, Executive Director of the OAO, and Christianne Voegele, Chief of the Court Case Preparation and Review Branch 1, and Acting Chief of

the Court Case Preparation and Review Branch 3, of OAO, OAO has been actively pursuing mitigation efforts to allow the remote preparation of administrative records to ensure a continuity of operations. For cases in which the private contractors were already in possession of hearing recordings for transcription, with the assistance of the Office of Acquisitions and Grants (OAG), OAO received approval to receive these transcripts from the private contractors via secured email, e.g., using password protection and redacted Social Security Numbers. In April 2020, OAO began receiving such hearing transcripts from private contractors via secured email.

For cases in which OAO had not yet submitted recordings to the private contractors before March 16, 2020, OAO has been pursuing all available options to obtain transcriptions for these cases. In May 2020, OAO began encrypting hearing recordings and securely emailing them to the contractors for transcription. Through the month of May, OAO and the contractors worked to resolve technical issues that arose, particularly with large files.

As indicated by the Rasputnis declaration, the Commissioner must navigate and overcome five simultaneous challenges as it transitions the preparation of eCARs from an in-person process to a completely virtual one:

1. Obtaining the appropriate technology, subject to Federal purchasing rules;

2. Retraining staff on the new procedures and new technology, which differ quite dramatically from the old ones;

3. Adhering to the Federal government protections for personally identifiable information (PII);

4. Working with outside vendors for transcription services, including obtaining a new vendor subject to Federal contracting rules; and

5. Completing security clearance processes for any new employees *and* any employees of new vendors before allowing access to PII and other sensitive information of the vendors. While the agency

has worked hard to overcome challenges related to this transition, the agency estimates that it is producing CARs at approximately one-third of the level of production pre-COVID, with the hopes of increasing that rate over the next several weeks.

In this case, given the volume of pending cases, Defendant requests an additional 60-day extension in which to respond to the Complaint.

Accordingly, Defendant requests an extension of 45 days in which to file the Answer, changing the date on which the Answer is due from the current due date of March 15, 2021 to April 29, 2021.

Dated:  March 10, 2021                    Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Chantal R. Jenkins*
Chantal R. Jenkins
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  3-18-2021 _____

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER; DECLARATIONS OF JEBBY RASPUTNIS AND CHRISTIANNE VOEGELE; [PROPOSED] ORDER;** on the following parties through regular U.S. mail:

    John Buckley
    9501 Canyon Hollow Avenue
    Las Vegas, NV 89149

I declare under penalty of perjury that the foregoing is true and correct.

    Dated: March 10, 2021

    /s/ *Chantal R. Jenkins*
    CHANTAL R. JENKINS
    Special Assistant United States Attorney