CHRISTOPHER CHIOU, NVSBN 14853
Acting United States Attorney
District of Nevada

Chantal Jenkins
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
Email: chantal.jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN BUCKLEY, | Case No.: 2:20-cv-01724-VCF |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S** |
| ANDREW SAUL, | **MOTOIN FOR REVERSAL AND/OR** |
| Commissioner of Social Security, | **REMAND (FIRST REQUEST)** |
| Defendant. | |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Motion) by 14 days, from June 23, 2021 to July 7, 2021. This is Defendant's first request for an extension to respond to Plaintiff's Motion and fourth request in this case. Defendant respectfully requests this additional time because counsel has six other briefs due within the next month and is responsible for reviewing the briefs of a new attorney. Additionally, counsel wants time to confer

about settlement. If the case cannot be settled, then Defendant's counsel will draft the responsive brief. Counsel contacted Plaintiff on June 21, 2021 regarding a 7-day extension and Plaintiff objected to Defendant's request. Defendant's counsel is now asking for 14 days because she wants to confer about settlement and if the matter cannot be settled, she will need the additional time.

This request is made in good faith with no intention to unduly delay the proceedings. Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted this June 22, 2021.

                                                       CHRISTOPHER CHIOU
                                                      Acting United States Attorney

                                                      */s/ Chantal R. Jenkins*
                                                      CHANTAL R. JENKINS
                                                     Special Assistant United States Attorney

OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX

No further extensions will be granted.    IT IS SO ORDERED:

                                                                               UNITED STATES MAGISTRATE JUDGE

                                                                               DATED: 6-22-2021

## CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of MOTION FOR EXTENSION OF TIME through regular U.S. mail:

John Buckley<br>
9501 Canyon Hollow Avenue<br>
Las Vegas, NV 89149

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2021

*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney